FILED IN OPEN COURT
ON 7-16-13 KM
Julie A. Richards, Clerk
US District Court
Eastern District of NC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:13-CR-67-FL

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| WILLIAM IRA HARRIS, JR. | : |

### ORDER OF FORFEITURE

WHEREAS, pursuant to the entry of a Memorandum of Plea Agreement entered into by the defendant on May 15, 2013, the following property is hereby forfeitable pursuant to 18 U.S.C. § 924(d)(1), made applicable to this proceeding by virtue of 28 U.S.C. § 2461(c), as a firearm used in knowing violations of 18 U.S.C. §§ 922(g), to wit: one round of .243 caliber Winchester ammunition and 58 rounds of .17 caliber Hornady Mangum Rimfire ammunition.

WHEREAS, by virtue of said Memorandum of Plea Agreement, the United States is now entitled to possession of said personal property, pursuant to 18 U.S.C. § 924(d);

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the Memorandum of Plea Agreement as to the defendant WILLIAM IRA HARRIS, JR., the United States is hereby authorized to seize the above-stated personal property, and it is hereby forfeited to the United States for disposition

1

in accordance with the law, including destruction, as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(3), this Order is now final as to the defendant.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(3).

3. That in accordance with Supplemental Rule G(4)(i)(A), the Government need neither publish notice nor provide direct notice, as the property is worth less than $1,000 and no other owners or interested parties have been identified.

4. That it appears from the record that no claims, contested or otherwise, have been filed for the personal property described in Defendant Harris' May 15, 2013 Plea Agreement.

5. That the personal property is hereby forfeited to the United States. That the United States Department of Justice is directed to dispose of the personal property according to law, including destruction.

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED. This 16th day of July, 2013.

LOUISE W. FLANAGAN
United States District Judge

3