IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CR-67-1FL

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER |
| WILLIAM IRA HARRIS, | ) | |
| Defendant. | ) | |

Upon that showing made, defendant is ordered to pay the sum of $2,100.00 for provision of counsel, together with $441.28 for travel costs incurred. Defendant is admonished for making false representation of his qualifications for court appointed counsel. Said total sum of $2,541.28 is due and owing within thirty (30) days from date of defendant's release from prison, and to be paid to the government as directed by his probation officer.

SO ORDERED, this the 1st day of April, 2014.

_____
LOUISE W. FLANAGAN
United States District Judge